UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASON KIRKLIN

VERSUS

BOARD OF SUPERVISORS FOR
LOUISIANA TECHNICAL COLLEGE
SYSTEM

CIVIL ACTION

NUMBER 08-409-FJP-SCR

### RULING

This matter is before the Court based on the plaintiff's failure to timely serve the defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.[1] The Magistrate Judge issued a show cause order on November 21, 2008, because the plaintiff had not yet served any defendant. The response date for the show cause order was December 5, 2008, and the plaintiff has not filed any such response.

The Court is required to grant an extension of time for service when the plaintiff shows good cause for the delay. The plaintiff shows good cause for delay when a good faith attempt is made to effectuate service, but the service nonetheless fails to

---

[1] If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Doc#45698

satisfy all the requirements set forth in Rule 4 of the Federal Rules of Civil Procedure.[2]  In the instant case, there is nothing in the record which would indicate an attempt to effectuate service.  Additionally, the plaintiff has not filed a response to show cause why the defendant has not been timely served.  The Court has given the plaintiff ample opportunity to explain why service was not timely and therefore it will not direct service to be effectuated at a later date.

The plaintiff's action is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 22, 2009.

                                           FRANK J. POLOZOLA
                                           MIDDLE DISTRICT OF LOUISIANA

---

[2]*Murungi v. Simmons*, 2001 WL 1414963 at *1 (E.D. La. November 9, 2001), (citing *Chilean Nitrate Corp. v. M/V Hans Leonhardt*, 810 F.Supp. 732, 735 (E.D. La. 1992)).

Doc#45698