```
                  UNITED STATES DISTRICT COURT

                  MIDDLE DISTRICT OF LOUISIANA


JASON KIRKLIN
                                         CIVIL ACTION
VERSUS
                                         NUMBER 08-409-FJP-SCR
BOARD OF SUPERVISORS FOR
LOUISIANA TECHNICAL COLLEGE
SYSTEM
```

## JUDGMENT

For written reasons assigned;

IT IS ORDERED that this action is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Baton Rouge, Louisiana, January 22, 2009.

```
                                  FRANK J. POLOZOLA
                                  MIDDLE DISTRICT OF LOUISIANA
```

Doc#45698